# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:                                                      )
MICHAEL A. REWERTS                          )        Case No. 12-33984 HRT
SSN: XXX-XX-8723                                  )        Chapter 7
                                                                 )
            Debtor.                                      )

## NOTICE PURSUANT TO BANKRUPTCY RULE 6007(A) OF
## TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE ESTATE

TO ALL PARTIES IN INTEREST:

    PLEASE TAKE NOTICE THAT pursuant to 11 U.S.C. §554(a) and Bankruptcy Rule 6007(a), the Trustee intends to take the following action:

1. The Trustee shall abandon the following property of the estate:
   Schedule A:  13435 CR 80, Eaton, Colorado.
   Schedule B:  1984 Jeep CJ-7; 1997 Ford F-250 Truck; 2004 Bobcat S-150; 2001 Roadmaster Cargo Trailer; 2008 PJ Flatbed Trailer; Construction Tools; Polaris Ranger UTV; and Livestock (including, but not limited to, 101 head of cattle).

2. The Trustee believes that:
   __X__ a.  Such property is burdensome to the estate;
   __X__ b.  Such property is of inconsequential value and benefit to the estate;
   _____ c.  Other reasons for abandonment, if any:

    Pursuant to Bankruptcy Rule 6007(a), if you desire to oppose this action you must file a written objection and request for hearing on or before **March 20, 2013** and serve a copy on the undersigned Trustee.  Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any.  General objections will not be considered by the Court.  In the event no objections are filed, the Court shall not enter any further order or notice.

Dated: March __6__, 2013.          s/ Daniel A. Hepner_____
                                                       Daniel A. Hepner, Trustee
                                                       1660 Lincoln Street, Suite 2200
                                                       Denver, Colorado 80264
                                                       303-296-1999
                                                       dhepner@epitrustee.com

## CERTIFICATE OF MAILING

The undersigned certifies that on this  6th  day of March, 2013, a true and correct copy of the foregoing **NOTICE PURSUANT TO BANKRUPTCY RULE 6007(A) OF TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE ESTATE** was placed in the United States Mail, postage prepaid, in accordance with Fed. R. BANKR. P. 2002, addressed to the attached mailing list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on the  6th  day of March, 2013.

                                       s/ Candace L. Hepner